**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| SANDEEP KAUR and CINDY DORIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ENVISION HEALTHCARE CORPORATION, EMCARE, INC., EMCARE IAH EMERGENCY PHYSICIANS PLLC, and OLD SETTLERS EMERGENCY PHYSICIANS, PLLC,<br><br>Defendants. | Case No. 4:19-cv-02480<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** |

**PLEASE TAKE NOTICE** that on November 19, 2021, at 11:00 a.m., or as soon thereafter that counsel may be heard, at the United States Courthouse, Southern District of Texas, 515 Rusk Street, Houston, TX 77002, in the Courtroom of Judge George C. Hanks, Jr., Plaintiffs Sandeep Kaur and Cindy Dorin will and hereby do move this Court for entry of an order: (1) finally approving the Settlement[1] as fair, reasonable, and adequate, and (2) certifying the Settlement Class.[2]

---

[1] Capitalized terms have the same meaning as in the Stipulation of Settlement ("Settlement Agreement") previously filed with the Court as Exhibit A to the Declaration of Chet B. Waldman in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, filed on February 1, 2021. *See* ECF No. 45-1.

[2] On November 2, 2021, the Court entered an Order Granting Plaintiffs' Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Expenses, and Service Awards to Representative Plaintiffs. ECF No. 54.

This Motion is based on the accompanying: Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class; the Settlement Agreement; the Declaration of Chet B. Waldman in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class; and their accompanying exhibits; the pleadings and papers filed in this action; and any other matters this Court may consider.

In accordance with Local Rule 7, the Parties have consulted, and Defendants Envision Healthcare Corporation, Emcare, Inc., Emcare IAH Emergency Physicians PLLC, and Old Settlers Emergency Physicians, PLLC do not oppose this Motion.

DATED: November 11, 2021                Respectfully submitted,

**WOLF POPPER LLP**

By: /s/ *Chet B. Waldman*
Chet B. Waldman (admitted *pro hac vice*)
Patricia I. Avery (admitted *pro hac vice*)
David A. Nicholas (S.D. Tx. Bar No. 896677)
Antoinette Adesanya
845 Third Avenue, 12th Floor
New York, New York 10022
cwaldman@wolfpopper.com
pavery@wolfpopper.com
dnicholas@wolfpopper.com
aadesanya@wolfpopper.com
 (212) 759-4600

   *and*

Jeffrey W. Chambers
Texas Bar No. 04075000

913 Dunleigh Meadows Lane
Houston, TX 77055
jchambers@wolfpopper.com
(713) 438-5244

*Class Counsel and Attorneys for*
*Representative Plaintiffs*